IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SERGIO SAUCEDO**                                                                                          **PLAINTIFF**

V.                                         **CASE NO. 5:23-CV-5214**

**UNITEDHEALTHCARE INSURANCE
COMPANY OF THE RIVER VALLEY**                                                      **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 68) filed in this case on January 27, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's Motion to Dismiss, or alternatively, Motion for Summary Judgment (Doc. 40) is **DENIED in PART and GRANTED in PART** as follows:

• The Motion is **GRANTED** with respect to ERISA claims relating to services provided to Plaintiff by Dr. Scott Bolding, DDS on July 27, 2020, and December 23, 2020, as these claims were not administratively exhausted. Since the deadline to submit these claims has passed, they are **DISMISSED WITH PREJUDICE**.

• The Motion is **DENIED** with respect to ERISA claims relating to services provided to Plaintiff by Dr. Scott Bolding, DDS on May 4, 2020, and May 6, 2020, as Plaintiff has established the right to an out-of-time appeal. These claims are therefore **REMANDED** to Defendant for further consideration. Defendant is **ORDERED** to provide Plaintiff any SPD required appeal forms which must be utilized to perfect his out-of-time appeal.

The case shall be **CLOSED**. However, the Court will retain jurisdiction over the remanded claims until such time as they are fully resolved. Plaintiff may then move to reopen if further relief is necessary and appropriate.

**IT IS SO ORDERED** on this 13th day of February, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE