**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**SERGIO SAUCEDO** **PLAINTIFF**

**V.** **CASE NO. 5:23-CV-5214**

**UNITEDHEALTHCARE INSURANCE**
**COMPANY OF THE RIVER VALLEY** **DEFENDANT**

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that for the reasons stated in the Opinion and Order filed this day, Defendant's coverage decision for services provided by Dr. Scott Bolding on May 4 and 6, 2020, constituted an abuse of discretion and is **REVERSED**. Defendant is to extend coverage for these emergency medical services at the in-network rate in accordance with Article 3.2.1 of the Plan.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of September, 2026.

______________________________
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE